```
UNITED STATES DISTRICT COURT                    │ USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   │ DOCUMENT
------------------------------------------------X│ ELECTRONICALLY FILED
                                      :          │ DOC #:_____
WILLIAM FLEMM,                        :          │ DATE FILED: 3/16/2020
                           Plaintiff, :
                                      :
            -against-                 :
                                      :          19 Civ. 11771 (LGS)
VICTORY COMMERCIAL MANAGEMENT,        :
                           Defendant. :          ORDER
------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order at Dkt. No. 17 requires the parties "to exchange any discovery that will aid mediation" and "[b]y March 12, 2020, [to] file a joint letter apprising the Court of the status of this discovery." No letter was timely filed. It is hereby

**ORDERED** that the parties shall file this status letter as soon as possible and no later than March 17, 2020. The parties shall continue to ensure that they exchange any limited discovery necessary to ensure a productive mediation on March 24, 2020.

Dated: March 16, 2020
       New York, New York

                                    _____
                                           LORNA G. SCHOFIELD
                                    **UNITED STATES DISTRICT JUDGE**