```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WILLIAM FLEMM,                                              :
                                    Plaintiff,              :
                                                            :
                -against-                                   :
                                                            :   19 Civ. 11771 (LGS)
VICTORY COMMERCIAL MANAGEMENT,                              :
                                    Defendant.              :   ORDER
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Case Management Plan at Dkt. No. 16 requires the parties to file a joint status letter by April 24, 2020.  The parties did not timely file this letter.  It is hereby

**ORDERED** that the parties shall file the letter as soon as possible and no later than **May 8, 2020**.

Dated: May 5, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**