AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

William Flemm

          Plaintiff (s),

V.

Victory Commercial Management, Inc.

          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 19-cv-11771-LGS

Notice is hereby given that, subject to approval by the court, __Victory Commercial Management, Inc.__ substitutes
(Party (s) Name)

__William Lou__, State Bar No. __5696901__ as counsel of record in
(Name of New Attorney)

place of __Crowell & Moring LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: ML and CHEN, P.C.
    Address: 136-20 38th Ave., Suite 9J, Flushing, New York 11354
    Telephone: (718) 939-9000     Facsimile (855) 462-2436
    E-Mail (Optional): mchen@mchenlaw.com; mchen@nyu.edu

I consent to the above substitution.
Date: 04/30/2020

                          (Signature of Party (s))

I consent to being substituted.
Date: 04/30/2020

                        , on behalf of Crowell & Moring LLP
                          (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 04/30/2020

                       William Lou
                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May 5, 2020

                       **LORNA G. SCHOFIELD**
                       **UNITED STATES DISTRICT JUDGE**

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]