```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
   WILLIAM FLEMM,                                            :
                                      Plaintiff,             :
                                                             :
                 -against-                                   :
                                                             :  19 Civ. 11771 (LGS)
   VICTORY COMMERCIAL MANAGEMENT,                            :
                                      Defendant.             :  ORDER
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is **ORDERED** that the telephonic conference scheduled for August 6, 2020, at 10:50 a.m. is moved to **August 5, 2020, at 10:30 a.m.**  The conference will be held on the following conference line: 888-363-4749, access code 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed at that time.

Dated: August 3, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**