UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                          :
WILLIAM FLEMM,                                    :
                            Plaintiff,           :
                                                           :
              -against-                                   :
                                                           :          19 Civ. 11771 (LGS)
VICTORY COMMERCIAL MANAGEMENT,   :
                                      Defendant.    :                <u>ORDER</u>
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is **ORDERED** that the telephonic conference scheduled for **August 5, 2020, at 10:30 a.m.** is adjourned *sine die* because of technical difficulties due to the storm.

Dated:  August 5, 2020
            New York, New York

                                                               **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**