# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

WILLIAM FLEMM,

                Plaintiff,                19 **CIVIL** 11771 (JPC)

     -against-                      **JUDGMENT**

VICTORY COMMERCIAL MANAGEMENT, INC.,

                Defendants.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 21, 2021, Victory's motion for summary judgment is granted. All deadlines are adjourned. Judgment is entered for Victory and the case is closed.

**Dated:** New York, New York
       April 21, 2021

                                     **RUBY J. KRAJICK**

                                     **Clerk of Court**

                    BY:

                                     **Deputy Clerk**